COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Edwin Alvarez v. The State of Texas

Appellate case number:    01-14-00915-CR

Trial court case number:  11-DCR-058577A

Trial court:                      268th District Court of Fort Bend County

On July 6, 2015, appellant filed Appellant's Second Motion for Extension of Time Within Which to File Appellate Brief and Motion to Supplement the Record.

The motion for extension of time is **GRANTED, in part**.  Appellant's brief is due August 3, 2015, with no further extensions.

Appellant's Motion to Supplement the Record is **DENIED**, without prejudice to refiling, within 7 days of the date of this order, to include a detailed explanation as to which specific portions of a record of a previous trial resulting in a hung jury are relevant, and whether we have authority to review portions of the earlier trial.  Should a further motion to supplement be filed, the State is to file a response within 17 days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
                        ☒ Acting individually


Date:  July 9, 2015